HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| KRISTA PEOPLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al,<br><br>Defendants. | No. 2:18-cv-01173-RSL<br><br>ORDER MODIFYING THE DEADLINE TO JOIN ADDITIONAL PARTIES |

This matter is before the Court on the parties' Stipulated Motion to Modify the Deadline to Join Additional Parties. The Court finds just cause has been shown and for the reasons set forth in their stipulated motion, it is hereby

ORDERED that the current deadline for joining additional parties of October 17, 2018, is extended. The new deadline to join additional parties is now set for November 30, 2018.

IT IS SO ORDERED.

DATED this 17th day of October, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING DEADLINE TO JOIN
ADDITIONAL PARTIES - 1
(No. 2:18-cv-01173-RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670

Presented by:

BRESKIN JOHNSON TOWNSEND, PLLC

By: *s/Brendan W. Donckers*
David E. Breskin, WSBA #10607
Brendan W. Donckers, WSBA #39406
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206)652-8660
dbreskin@bjtlegal.com
bdonckers@bjtlegal.com

WASHINGTON INJURY LAWYERS PLLC

By: *s/Young-Ji Ham*
Young-Ji Ham, WSBA #46421
1001 Fourth Ave., Ste. 3200
Seattle, WA 98154
Tel: (425) 312-3057
youngji@washinjurylaw.com

*Attorneys for Plaintiffs*

*Approved as to form:*

CORR CRONIN LLP

By: *s/John T. Bender*
Michael A. Moore, WSBA No. 27047
Jordann M. Hallstrom, WSBA No. 48036
John T. Bender, WSBA No. 49658
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600 Phone
mmoore@corrcronin.com
jhallstrom@corrrcronin.com
jbender@corrcronin.com

SCHIFF HARDIN LLP
Jay Williams, admitted *pro hac vice*
David C. Scott, admitted *pro hac vice*
233 S. Wacker Dr., Suite 6600
Chicago, Illinois 60606
(312) 258-5500
jwilliams@schiffhardin.com
dscott@schiffhardin.com

*Attorneys for USAA Defendants*