UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRISTA PEOPLES,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION, *et al.*,

    Defendants.

NO. C18-1173RSL

ORDER DENYING PLAINTIFF'S
MOTION FOR APPROVAL OF
CLASS NOTICE

This matter comes before the Court on plaintiff's motion to approve her proposed class notice. Dkt. # 69. At present, the viability of plaintiff's claim under the Consumer Protection Act has been certified to the Washington Supreme Court, and the issue of whether a class will be certified to pursue the breach of contract claim has yet to be resolved. Once the litigation posture of this case has been established, including the nature of the claims and the propriety of class treatment, this case, like <u>Stedman v. Progressive Ins. Co.</u>, C18-1254RSL, will be stayed to await the Supreme Court's ruling regarding the CPA claim.[1]

---

[1] This case was not stayed along with <u>Stedman</u> only because there was a motion for class certification pending at the time. In the intervening months, plaintiff continued to file procedural motions - first to amend the complaint, then to seek class certification regarding the new claim. There is no reason to proceed substantively, however, until the Supreme Court determines whether the CPA claim is viable and the undersigned determines whether the breach of contract claim is susceptible to class treatment.

ORDER DENYING PLAINTIFF'S MOTION
FOR APPROVAL OF CLASS NOTICE - 1

The Court will not approve a class notice or force either party to bear the costs of service when both the content of and need for notice are yet to be resolved. Plaintiff's motion is DENIED as premature.

Dated this 15th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR APPROVAL OF CLASS NOTICE - 2