THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTA PEOPLES, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　Defendants. | No. 2:18-cv-01173-RSL<br><br>**STIPULATED MOTION AND (PROPOSED) ORDER TO CONTINUE CLASS CERTIFICATION DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 6, 2019** |

## STIPULATED MOTION

The parties to this action, by and through their undersigned counsel, jointly and respectfully seek leave of the Court to renote Plaintiff's Motion for Class Certification of Breach of Contract Claim and continue the December 2 deadline for Defendants' opposition to that Motion and the December 6 deadline for Plaintiff's reply. The parties have been engaging in discussions regarding the possible resolution of this case and a related case in the King County Superior Court. The parties have scheduled a mediation for January 9, 2019. The parties respectfully submit that good cause exists for continuing the class certification deadlines to preserve judicial resources and promote exploration of efficient resolution.

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION DEADLINES – 1

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

The parties have been engaged in discussing the possibility of resolving this case and another case, *Eastside Physical Therapy, Inc., P.S., et al. v. United Services Automobile Association, et al.*, which will be remanded to the King County Superior Court pursuant to a September 30, 2019 Opinion issued by the Washington Court of Appeals.[1] *Eastside* is a putative class action brought by healthcare providers against Defendants, challenging their use of the same Reasonable Fee Methodology that is at issue here. Counsel for Plaintiff Ms. Peoples (who is an insured, not a healthcare provider) in this case, Breskin Johnson Townsend PLLC, are also counsel for the plaintiffs in *Eastside*. Defense counsel, Corr Cronin LLP and Schiff Hardin LLP, represent Defendants both in this case and in *Eastside*. In connection with their discussions regarding possible resolution, the parties have agreed to mediate with Judge Paris K. Kallas, of Judicial Dispute Resolution, LLC, on January 9, 2019.

In order to allow the parties to continue their discussions and mediate, without committing additional time and resources of the Court and the parties to briefing and deciding class certification, the parties stipulate to, and respectfully ask the Court to issue, an Order continuing the class certification deadlines. Specifically, the parties request that the Court renote Plaintiff's Motion for Class Certification of Breach of Contract Claim for Friday, March 13, 2020, with corresponding deadlines for Defendants' opposition on March 2 and Plaintiff's reply on March 13. This three-month continuance will allow sufficient time to continue ongoing discussions, mediate on January 9, and conduct any necessary follow-up dialogue after the mediation in an effort to resolve the parties' dispute and alleviate the need for any further litigation.

---

[1] *See* Court of Appeals Division I Case No. 78134-1 and King County Superior Court Case No. 17-2-26885-2 SEA. The plaintiffs in *Eastside* filed a Motion for Reconsideration in the Court of Appeals, which remains pending. As a result, the case has not yet been remanded to the Superior Court.

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION DEADLINES – 2

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

The parties respectfully submit that there is good cause for this requested continuance, as it will allow the parties to pursue the efficient resolution of this case (and the *Eastside* case) without simultaneously being forced to commit additional time and resources to briefing class certification, while also preserving the Court's time and resources, which the parties recognize are limited and should not be unnecessarily wasted. The parties, therefore, stipulate and jointly and respectfully request that the Court enter proposed Order submitted with this Motion.

So Stipulated and Respectfully Submitted this 6th day of November, 2019.

BRESKIN JOHNSON TOWNSEND, PLLC

By: *s/ Brendan W. Donckers*
David E. Breskin, WSBA #10607
Brendan W. Donckers, WSBA #39406
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
dbreskin@bjtlegal.com
bdonckers@bjtlegal.com

Young-Ji Ham, WSBA #46421
WASHINGTON INJURY LAWYERS PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Tel: (425) 312-3057
youngji@washinjurylaw.com

Attorneys for Plaintiffs

CORR CRONIN LLP

By: *s/ Michael A. Moore*
Michael A. Moore, WSBA No. 27047
Tori Ainsworth, WSBA No. 49677
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Tel: (206) 625-8600
Fax: (206) 625-0900
mmoore@corrcronin.com
tainsworth@corrcronin.com

Jay Williams (*pro hac vice*)
David C. Scott (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
jwilliams@schiffhardin.com
dscott@schiffhardin.com

Attorneys for Defendants

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION DEADLINES – 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

Based upon the parties' Stipulated Motion and Order to Continue Class Certification Deadlines, the Court hereby finds good cause to GRANT the stipulated motion. The Clerk of Court is directed to renote Plaintiff's Motion for Class Certification of Breach of Contract Claim (Dkt. #67) for consideration on Friday, March 13, 2020. Defendants may, on or before March 2, file a substantive opposition to Plaintiff's Motion. Plaintiff's reply is due on or before the note date.

IT IS SO ORDERED.

DATED: Nov. 7, 2019

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO
CONTINUE CLASS CERTIFICATION DEADLINES – 4

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900