HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KRISTA PEOPLES, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>    Defendants. | No. 2:18-cv-01173-RSL<br><br>STIPULATED MOTION AND (PROPOSED) ORDER TO TEMPORARILY STAY DEADLINE FOR EXPERT REPORTS AND DISCOVERY<br><br>NOTING DATE:<br>DECEMBER 4, 2019 |

### I.  INTRODUCTION AND RELIEF REQUESTED

The parties previously requested that the Court continue the deadlines for responding to Plaintiff's Motion for Class Certification of Breach of Contract Claim for three months while the parties prepared for mediation before the Honorable Paris Kallas (ret.) on January 9.  Dkt. No. 84.  The Court granted this request.  Dkt. No. 85.

Under the Amended Order Setting Trial and Related Dates, the current deadline for expert reports is December 4, 2019 and the discovery cutoff is February 2, 2020.  *See* Dkt. No. 65.  To allow the parties to minimize the expenditure of resources while preparing for mediation, the parties now request that the Court enter a temporary stay on both deadlines until the parties provide the Court with a Status Report and, if necessary, New (Proposed) Deadlines for Expert Reports and Discovery, which shall be filed with the Court no later than January 24, 2019.

STIPULATED MOTION AND (PROPOSED) ORDER TO TEMPORARILY STAY DEADLINES - 1
(No. 2:18-cv-01173-RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1 DATED: December 4, 2019.

2 SCHIFF HARDIN LLP						BRESKIN JOHNSON TOWNSEND, PLLC

3 By: s/David C. Scott						By:     s/Brendan W. Donckers
Jay Williams (*pro hac vice*)					David E. Breskin, WSBA #10607
4 David C. Scott (*pro hac vice*)					Brendan W. Donckers, WSBA #39406
233 South Wacker Drive, Suite 7100				1000 Second Avenue, Suite 3670
5 Chicago, IL 60606						Seattle, WA 98104
Tel: (312) 258-5500						Tel: (206)652-8660
6 Fax: (312) 258-5600						dbreskin@bjtlegal.com
jwilliams@schiffhardin.com					bdonckers@bjtlegal.com
7 dscott@schiffhardin.com

8

9										Young-Ji Ham, WSBA #46421
Michael A. Moore, WSBA No. 27047				WASHINGTON INJURY LAWYERS PLLC
John T. Bender, WSBA No. 49658					1001 Fourth Ave., Ste. 3200
10 CORR CRONIN LLP						Seattle, WA 98154
1001 Fourth Avenue, Suite 3900					Tel: (425) 312-3057
11 Seattle, WA 98154-1051					youngji@washinjurylaw.com
Tel: (206) 625-8600
12 Fax: (206) 625-0900						*Attorneys for Plaintiffs*
mmoore@corrcronin.com
13 jbender@corrcronin.com

14 *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND (PROPOSED)			**BRESKIN | JOHNSON | TOWNSEND** PLLC
ORDER TO TEMPORARILY STAY DEADLINES			1000 Second Avenue, Suite 3670
- 2										Seattle, Washington 98104  Tel: 206-652-8660
(No. 2:18-cv-01173-RSL)


## II.     [PROPOSED] ORDER

Based upon the parties' Stipulated Motion and Order to Temporarily Stay Deadline for Expert Report and Discovery, the Court hereby finds good cause to GRANT the stipulated motion.  Both deadlines are stayed until the parties provide the Court with a Status Report and, if necessary, New (Proposed) Deadlines for Expert Reports and Discovery, which shall be filed with the Court no later than January 24, 2019.

IT IS SO ORDERED.

DATED: _____         _____
                                Robert S. Lasnik
                                United States District Judge