HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KRISTA PEOPLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>Defendants. | No. 2:18-cv-01173-RSL<br><br>STIPULATED MOTION AND (~~PROPOSED~~) ORDER TO TEMPORARILY STAY DEADLINE FOR EXPERT REPORTS AND DISCOVERY<br><br>NOTING DATE:<br>DECEMBER 4, 2019 |

## I. INTRODUCTION AND RELIEF REQUESTED

The parties previously requested that the Court continue the deadlines for responding to Plaintiff's Motion for Class Certification of Breach of Contract Claim for three months while the parties prepared for mediation before the Honorable Paris Kallas (ret.) on January 9. Dkt. No. 84. The Court granted this request. Dkt. No. 85.

Under the Amended Order Setting Trial and Related Dates, the current deadline for expert reports is December 4, 2019 and the discovery cutoff is February 2, 2020. *See* Dkt. No. 65. To allow the parties to minimize the expenditure of resources while preparing for mediation, the parties now request that the Court enter a temporary stay on both deadlines until the parties provide the Court with a Status Report and, if necessary, New (Proposed) Deadlines for Expert Reports and Discovery, which shall be filed with the Court no later than January 24, 2019.

1 | DATED: December 4, 2019.

| | |
|---|---|
| SCHIFF HARDIN LLP | BRESKIN JOHNSON TOWNSEND, PLLC |
| By: s/David C. Scott<br>Jay Williams (*pro hac vice*)<br>David C. Scott (*pro hac vice*)<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Tel: (312) 258-5500<br>Fax: (312) 258-5600<br>jwilliams@schiffhardin.com<br>dscott@schiffhardin.com | By:   s/Brendan W. Donckers<br>David E. Breskin, WSBA #10607<br>Brendan W. Donckers, WSBA #39406<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Tel: (206)652-8660<br>dbreskin@bjtlegal.com<br>bdonckers@bjtlegal.com |
| Michael A. Moore, WSBA No. 27047<br>John T. Bender, WSBA No. 49658<br>CORR CRONIN LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>Tel: (206) 625-8600<br>Fax: (206) 625-0900<br>mmoore@corrcronin.com<br>jbender@corrcronin.com<br><br>*Attorneys for Defendants* | Young-Ji Ham, WSBA #46421<br>WASHINGTON INJURY LAWYERS PLLC<br>1001 Fourth Ave., Ste. 3200<br>Seattle, WA 98154<br>Tel: (425) 312-3057<br>youngji@washinjurylaw.com<br><br>*Attorneys for Plaintiffs* |

STIPULATED MOTION AND (PROPOSED)
ORDER TO TEMPORARILY STAY DEADLINES
- 2
(No. 2:18-cv-01173-RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

## II. [PROPOSED] ORDER

Based upon the parties' Stipulated Motion and Order to Temporarily Stay Deadline for Expert Report and Discovery, the Court hereby finds good cause to GRANT the stipulated motion. Both deadlines are stayed until the parties provide the Court with a Status Report and, if necessary, New (Proposed) Deadlines for Expert Reports and Discovery, which shall be filed with the Court no later than January 24, 2020.

IT IS SO ORDERED.

DATED: Dec. 12, 2019

_____
Robert S. Lasnik
United States District Judge