THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTA PEOPLES, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendants. | No. 2:18-cv-01173-RSL<br><br>**REPORT ON SETTLEMENT DISCUSSIONS AND STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE DEADLINES TO ALLOW CONTINUED SETTLEMENT DISCUSSIONS**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 24, 2020** |

The parties to this action, by and through their undersigned counsel, jointly report to the Court that they have engaged, and continue to engage, in settlement discussions, including a 10-hour mediation session with Judge Paris K. Kallas of Judicial Dispute Resolution (JDR), LLC on January 9, 2020. The parties report that they have made progress in their discussions to date and are continuing that effort in coordination with Judge Kallas, who is actively involved in continuing to work with the parties.

The parties were required to submit a status report to the Court today (Dkt. #87), and, given the progress and continuing efforts with Judge Kallas, the parties jointly and respectfully request an additional 21 days to continue their effort and that the Court allow them to provide

REPORT ON SETTLEMENT DISCUSSIONS AND
STIPULATED MOTION AND ORDER TO
CONTINUE DEADLINES – 1

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

a further status report on February 14, 2020 regarding whether they have reached an agreed resolution.

The parties further jointly and respectfully seek leave of the Court to renote Plaintiff's Motion for Class Certification of Breach of Contract Claim for consideration on April 3, 2020 (it is currently noted for March 13) and continue the associated response and reply deadlines to March 23 and April 3, respectively.

The parties, therefore, stipulate and jointly and respectfully request that the Court enter the proposed Order submitted with this Motion.

So Stipulated and Respectfully Submitted this 24th day of January, 2020.

BRESKIN JOHNSON TOWNSEND, PLLC

By: s/ Brendan W. Donckers
David E. Breskin, WSBA #10607
Brendan W. Donckers, WSBA #39406
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
dbreskin@bjtlegal.com
bdonckers@bjtlegal.com

Young-Ji Ham, WSBA #46421
WASHINGTON INJURY LAWYERS PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Tel: (425) 312-3057
youngji@washinjurylaw.com

Attorneys for Plaintiffs

CORR CRONIN LLP

By: s/ Michael A. Moore
Michael A. Moore, WSBA No. 27047
John T. Bender, WSBA No. 49658
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Tel: (206) 625-8600
Fax: (206) 625-0900
mmoore@corrcronin.com
jbender@corrcronin.com

Jay Williams (*pro hac vice*)
David C. Scott (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
jwilliams@schiffhardin.com
dscott@schiffhardin.com

Attorneys for Defendants

REPORT ON SETTLEMENT DISCUSSIONS AND STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES – 2

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

Based upon the parties' Stipulated Motion and Order to Continue Class Certification Deadlines, the Court hereby finds good cause to GRANT the stipulated motion.

The parties are directed to provide the Court with a Status Report and, if necessary, New (Proposed) Deadlines for Expert Reports and Discovery by no later than February 14, 2020.

The Clerk of Court is directed to renote Plaintiff's Motion for Class Certification of Breach of Contract Claim (Dkt. # 67) for consideration on Friday, April 3, 2020. Defendants may, on or before March 23, file a substantive opposition to Plaintiff's Motion. Plaintiff's reply is due on or before the noting date.

IT IS SO ORDERED.

DATED: January 30, 2020

Robert S. Lasnik
United States District Judge

REPORT ON SETTLEMENT DISCUSSIONS AND STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES – 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900