THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTA PEOPLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>Defendants. | No. 2:18-cv-01173-RSL<br><br>**STIPULATED MOTION AND (PROPOSED) ORDER TO CONTINUE DEADLINES TO ALLOW CONTINUED SETTLEMENT DISCUSSIONS**<br><br>**NOTE ON MOTION CALENDAR: MARCH 10, 2020** |

## STIPULATED MOTION

The parties to this action continue to engage in settlement discussions, with the assistance of Judge Paris K. Kallas of Judicial Dispute Resolution, LLC. The parties have made further progress in their discussions to date and are continuing that effort in coordination with Judge Kallas, who is actively involved in continuing to work with the parties. The parties have scheduled additional sessions with Judge Kallas on March 11 and March 24, 2020. In order to facilitate this ongoing effort, while promoting efficiency and avoiding waste of the Court's and the parties' time and resources as the parties continue their settlement discussions, the parties jointly and respectfully seek leave of the Court to renote Plaintiff's Motion for Class

STIPULATED MOTION AND ORDER TO CONTINUE
DEADLINES TO ALLOW CONTINUED SETTLEMENT
DISCUSSIONS – 1
No. 2:18-cv-01173-RSL

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1 Certification of Breach of Contract Claim for consideration on May 15, 2020 (it is currently noted for April 3) and continue the associated response and reply deadlines to May 4 and May 15, respectively.

The parties, therefore, stipulate and jointly and respectfully request that the Court enter proposed Order submitted with this Motion.

So Stipulated and Respectfully Submitted this 10th day of March, 2020.

BRESKIN JOHNSON TOWNSEND, PLLC

By: *s/ Brendan W. Donckers*
David E. Breskin, WSBA #10607
Brendan W. Donckers, WSBA #39406
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
dbreskin@bjtlegal.com
bdonckers@bjtlegal.com

Young-Ji Ham, WSBA #46421
WASHINGTON INJURY LAWYERS PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Tel: (425) 312-3057
youngji@washinjurylaw.com

Attorneys for Plaintiffs

CORR CRONIN LLP

By: *s/ Michael A. Moore*
Michael A. Moore, WSBA No. 27047
John T. Bender, WSBA No. 49658
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Tel: (206) 625-8600
Fax: (206) 625-0900
mmoore@corrcronin.com
jbender@corrcronin.com

Jay Williams (*pro hac vice*)
David C. Scott (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
jwilliams@schiffhardin.com
dscott@schiffhardin.com

Attorneys for Defendants

STIPULATED MOTION AND ORDER TO CONTINUE
DEADLINES TO ALLOW CONTINUED SETTLEMENT
DISCUSSIONS – 2
No. 2:18-cv-01173-RSL

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

Based upon the parties' Stipulated Motion to Continue Deadlines to Allow Continued Settlement Discussions, the Court hereby finds good cause to GRANT the stipulated motion.

The Clerk of Court is directed to renote Plaintiff's Motion for Class Certification of Breach of Contract Claim (Dkt. # 67) for consideration on Friday, May 15, 2020. Defendants may, on or before May 4, file a substantive opposition to Plaintiff's Motion. Plaintiff's reply is due on or before the note date.

IT IS SO ORDERED.

DATED: March 12, 2020

_____
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE
DEADLINES TO ALLOW CONTINUED SETTLEMENT
DISCUSSIONS – 3
No. 2:18-cv-01173-RSL

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900