THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTA PEOPLES, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Defendants. | No. 2:18-cv-01173-RSL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS AND STIPULATED MOTION AND ORDER TO RENOTE CLASS CERTIFICATION MOTION** |

**JOINT STATUS REPORT AND STIPULATED MOTION**

Over the past several months, the parties and their counsel have engaged in settlement discussions. The parties believe that they have reached an agreement in principle, but the settlement remains subject to negotiating and drafting a mutually agreeable Term Sheet, following by a Settlement Agreement. The parties will file a subsequent report with the Court when they have finalized the Term Sheet, but in the meantime, in order to promote efficiency and avoid waste of the Court's and the parties' time and resources, the parties jointly and respectfully seek leave of the Court to renote Plaintiffs' Motion for Class Certification of Breach of Contract Claim (Dkt. # 67) to a date on or after June 12, 2020. That Motion is

JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS AND STIPULATED MOTION AND ORDER TO RENOTE CLASS CERTIFICATION MOTION – 1

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  currently noted for consideration on May 15, 2020, and the associated response and reply
2  deadlines are May 4 and May 15, respectively.
3        The parties, therefore, stipulate and jointly and respectfully request that the Court enter
4  proposed Order submitted with this Motion.

6        So Stipulated and Respectfully Submitted this 1st day of May, 2020.

BRESKIN JOHNSON TOWNSEND, PLLC

By: *s/ Brendan W. Donckers*
David E. Breskin, WSBA #10607
Brendan W. Donckers, WSBA #39406
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
dbreskin@bjtlegal.com
bdonckers@bjtlegal.com

Young-Ji Ham, WSBA #46421
WASHINGTON INJURY LAWYERS PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Tel: (425) 312-3057
youngji@washinjurylaw.com

Attorneys for Plaintiffs

CORR CRONIN LLP

By: *s/ Michael A. Moore*
Michael A. Moore, WSBA No. 27047
Victoria E. Ainsworth, WSBA No. 49677
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Tel: (206) 625-8600
Fax: (206) 625-0900
mmoore@corrcronin.com
tainsworth@corrcronin.com

Jay Williams (*pro hac vice*)
David C. Scott (*pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
jwilliams@schiffhardin.com
dscott@schiffhardin.com

Attorneys for Defendants

JOINT STATUS REPORT REGARDING SETTLEMENT
DISCUSSIONS AND STIPULATED MOTION AND ORDER
TO RENOTE CLASS CERTIFICATION MOTION – 2

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

Based upon the parties' Joint Status Report Regarding Settlement Discussions and Stipulated Motion and Order to Renote Class Certification Motion, the Court hereby finds good cause to GRANT the stipulated motion.

The Clerk of Court is directed to renote Plaintiff's Motion for Class Certification of Breach of Contract Claim (Dkt. # 67) to June 12, 2020.

IT IS SO ORDERED.

Dated this 4th day of May, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS AND STIPULATED MOTION AND ORDER TO RENOTE CLASS CERTIFICATION MOTION – 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900