UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTA PEOPLES, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Defendants. | No. 18-cv-01173-RSL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT AND STIPULATED MOTION AND ORDER TO WITHDRAW CLASS CERTIFICATION MOTION AND STRIKE BRIEFING DEADLINES** |

## JOINT STATUS REPORT AND STIPULATED MOTION

As the parties reported in their May 4, 2020 Joint Status Report and Stipulated Motion (Dkt. #96), the parties recently reached a settlement agreement in principle after several months of settlement discussions. Since then, as the parties reported by e-mail on Tuesday, June 9, 2020, the parties and their counsel have successfully negotiated and, on June 4, signed a mutually agreeable Term Sheet. The parties will take further steps to effectuate the settlement, but in the meantime, in order to promote efficiency and avoid waste of the Court's and the parties' time and resources, the parties jointly and respectfully request that Plaintiff's Motion for Class Certification of Breach of Contract Claim and Appointment of Class Representative and Counsel (Dkt. #67) be withdrawn without prejudice, and that the Court strike the noting date of June 12, 2020.

JOINT STATUS REPORT AND STIPULATED MOTION – 1

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  The parties, therefore, stipulate and jointly and respectfully request that the Court
2  enter the proposed Order submitted with this Motion.

3

4  So Stipulated and Respectfully Submitted this 12th day of June, 2020.

5

6  BRESKIN JOHNSON TOWNSEND, PLLC       CORR CRONIN LLP

7  By: *s/ Brendan W. Donckers*            By: *s/ Michael A. Moore*
   David E. Breskin, WSBA #10607            Michael A. Moore, WSBA No. 27047
8  Brendan W. Donckers, WSBA #39406         Victoria E. Ainsworth, WSBA No. 49677
   1000 Second Avenue, Suite 3670           1001 Fourth Avenue, Suite 3900
9  Seattle, WA 98104                        Seattle, WA 98154-1051
   Tel: (206) 652-8660                      Tel: (206) 625-8600
10 Fax: (206) 652-8290                      Fax: (206) 625-0900
   dbreskin@bjtlegal.com                    mmoore@corrcronin.com
11 bdonckers@bjtlegal.com                   tainsworth@corrcronin.com

12
   Young-Ji Ham, WSBA #46421                Jay Williams (pro hac vice)
13 WASHINGTON INJURY LAWYERS PLLC           David C. Scott (pro hac vice)
   1001 Fourth Avenue, Suite 3200           SCHIFF HARDIN LLP
14 Seattle, WA 98154                        233 South Wacker Drive, Suite 7100
   Tel: (425) 312-3057                      Chicago, IL 60606
15 youngji@washinjurylaw.com                Tel: (312) 258-5500
                                            Fax: (312) 258-5600
16 Attorneys for Plaintiffs                 jwilliams@schiffhardin.com
                                            dscott@schiffhardin.com
17
18                                          Attorneys for Defendants

19
20
21
22
23
24
25

JOINT STATUS REPORT AND STIPULATED MOTION – 2

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1 **ORDER**

2 Based upon the parties' Joint Status Report Regarding Settlement Discussions and
3 Stipulated Motion and Order to Withdraw Class Certification Motion and Strike Briefing
4 Deadlines, the Court hereby finds good cause to GRANT the stipulated motion.

5 Plaintiff's Motion for Class Certification of Breach of Contract Claim and
6 Appointment of Class Representative and Counsel (Dkt. # 67) is withdrawn without prejudice
7 and the Clerk of Court is directed to strike the noting date of June 12, 2020.

9 IT IS SO ORDERED.

11 DATED this 15th day of June, 2020.

13 *[signature]*
14 Honorable Robert S. Lasnik
United States District Judge

JOINT STATUS REPORT AND STIPULATED MOTION – 3

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900