HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

KRISTA PEOPLES, an individual,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,

    Defendants.

No. 2:18-cv-01173-RSL

**JOINT MOTION TO REMAND OR TO STAY PROCEEDINGS PENDING SETTLEMENT APPROVAL**

**JOINT MOTION TO REMAND OR TO STAY PROCEEDINGS
PENDING SETTLEMENT APPROVAL**

As counsel reported to the Court by e-mail on June 9, the parties have agreed to a combined settlement of this case and an earlier-filed case, *Eastside Physical Therapy, Inc., P.S. v. United Servs. Auto. Ass'n, et al.*, No. 17-2-26885-2 SEA (King Cty. Super. Ct.) (the "*Eastside* case"), pending in King County Superior Court to globally resolve all claims by both health care providers and insureds challenging USAA's reasonable fee methodology in a single settlement. To aid in effectuating their proposed class action settlement, Plaintiff Krista Peoples and Defendants United Services Automobile Association and USAA Casualty Insurance Company request that the Court enter one of the two proposed orders included herein either remanding this case to state court or staying this case pending final approval of the parties' settlement in state court. Plaintiff prefers that the Court enter an order remanding this

JOINT MOTION TO REMAND OR TO STAY
PROCEEDINGS PENDING SETTLEMENT
APPROVAL - 1
(No. 2:18-cv-01173-RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

case to state court. The USAA Defendants defer to the Court's determination and entry of whichever of the two orders it deems most appropriate.

Plaintiff filed the Complaint in this case in Washington state court on July 9, 2018, asserting Washington Consumer Protection Act ("CPA") claims on behalf of a putative class of Defendants' insureds and challenging Defendants' use of the Reasonable Fee ("RF") Methodology. (Dkt. # 1-1.) Defendants removed the case to federal court. (Dkt. # 1.) Plaintiff then filed a motion for class certification on her CPA claims. (Dkt. # 23.) While that motion was pending, Plaintiff also filed a motion to amend her complaint to add a claim for breach of contract. (Dkt. # 53.) The Court granted Plaintiff's motion for class certification and certified a litigation class on Plaintiff's CPA claims (Dkt. # 60), and granted Plaintiff's request for leave to file an amended complaint adding a claim for breach of contract (Dkt. #62). After filing her First Amended Complaint, Plaintiff filed a motion for class certification on her breach of contract claims. (Dkt. #67.) The Court stayed sending notice to the litigation class due to the pendency of proceedings on a certified question before the Washington Supreme Court and Plaintiff's motion for class certification on her breach of contract claim. (Dkt. # 83.) Plaintiff later withdrew that motion without prejudice after the parties had reached a settlement in principle and signed a Term Sheet. (Dkt. # 99.)

On October 13, 2017, nine months before filing the *Peoples* case, Plaintiff's counsel filed a Class Action Complaint and Amended Complaint in the *Eastside* case, also challenging Defendants' use of the RF Methodology and asserting CPA claims on behalf of a putative class of Washington health care providers. That case is still pending in King County Superior Court and, because it was filed first, is broader in its scope.

Over the past ten months, Plaintiff, Defendants, and the parties to the *Eastside* case have been engaged in settlement discussions to resolve both cases. Those discussions ultimately resulted in an agreement in principle, which the parties reported to the Court on May 1, 2020. (Dkt. #96.) On June 2, 2020, the parties reached agreement on a confidential Term Sheet. The

JOINT MOTION TO REMAND OR TO STAY
PROCEEDINGS PENDING SETTLEMENT
APPROVAL - 2
(No. 2:18-cv-01173-RSL)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1. parties are currently negotiating the Settlement Agreement and related documents.

2. The parties have agreed that their proposed settlement should be effected in the *Eastside* case: Eastside would represent a class of health care providers, and Ms. Peoples would represent a class of Defendants' insureds.

3. WHEREFORE, the parties respectfully request that the Court enter one of the two proposed orders included herein.

So Stipulated and Respectfully Submitted this 8th day of July, 2020.

| BRESKIN JOHNSON TOWNSEND, PLLC | CORR CRONIN LLP |
|---|---|
| By: *s/ Brendan W. Donckers*<br>David E. Breskin, WSBA #10607<br>Brendan W. Donckers, WSBA #39406<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Tel: (206) 652-8660<br>Fax: (206) 652-8290<br>dbreskin@bjtlegal.com<br>bdonckers@bjtlegal.com | By: *s/ Michael A. Moore*<br>Michael A. Moore, WSBA No. 27047<br>Victoria E. Ainsworth, WSBA No. 49677<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>Tel: (206) 625-8600<br>Fax: (206) 625-0900<br>mmoore@corrcronin.com<br>tainsworth@corrcronin.com |
| Young-Ji Ham, WSBA #46421<br>WASHINGTON INJURY LAWYERS PLLC<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154<br>Tel: (425) 312-3057<br>youngji@washinjurylaw.com<br><br>*Attorneys for Plaintiffs* | Jay Williams (pro hac vice)<br>David C. Scott (pro hac vice)<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Tel: (312) 258-5500<br>Fax: (312) 258-5600<br>jwilliams@schiffhardin.com<br>dscott@schiffhardin.com<br><br>*Attorneys for Defendants* |

# ORDER REMANDING CASE

Based upon the parties' agreement to settle this matter and the Joint Motion to Remand or to Stay Proceedings Pending Settlement Approval, the Court hereby finds good cause to remand this matter to King County Superior Court for consolidation with *Eastside Physical Therapy, Inc., P.S. v. United Servs. Auto. Ass'n, et al.*, No. 17-2-26885-2 SEA (King Cty. Super. Ct.).

This Order is without prejudice to Defendants' right to remove this case to federal court (which Plaintiff and her counsel will not oppose) in the event that the *Eastside* court for any reason does not grant final approval to the settlement.

IT IS SO ORDERED.

Dated this 9th day of July, 2020.

Robert S. Lasnik
United States District Judge